IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAPID CITY REGIONAL HOSPITAL** | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 1:06CV01828(GK) |
| v. | )<br>) |
| **MICHAEL O. LEAVITT,** Secretary, U.S. Department of Health and Human Services | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## PROOF OF SERVICE

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 8374, to the U.S. Attorney General at 950 Pennsylvania Ave, N.W., Washington DC 20530 on November 2, 2006. The summons and Complaint were received on November 6, 2006, and the Return Receipt is attached hereto.

Respectfully Submitted,
ALDERMAN & DEVORSETZ, PLLC

/s/ Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

| TE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 2, and 3. Also complete Delivery is desired. address on the reverse the card to you. e back of the mailpiece, permits, | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| al<br>ve., NW<br>)530 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |

X0400498374   7005 1820 0004 0049 8374

4   Domestic Return Receipt  *Rapid City*   102595-02-M-1540