UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPID CITY REGIONAL HOSPITAL,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01828 (GK)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE**

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services, and Plaintiff Rapid City Regional Hospital have conferred and agree that, because this civil action is an action seeking review on an administrative record, the Duty to Confer, the initial disclosure requirement, and the obligation to have an initial scheduling conference do not arise. See Fed. R. Civ. P. 26(a)(E)(i), 26(f); LCvR 16.3(b)(1); 42 U.S.C. § 1395oo(f).  Accordingly, the parties respectfully request that they be relieved from the obligation to attend the Initial Scheduling Conference which the Court has scheduled for January 30, 2007.

The parties agree that discovery is not generally allowable in Administrative Procedure Act record review cases like this one.  However, Plaintiff reserves the right to seek discovery in the event that the administrative record supplied by the Defendant is so bare as to prevent effective judicial review.

Furthermore, the parties agree that this case should be disposed of on the basis of cross-motions for summary judgment.  The parties respectfully submit the following proposed schedule for the submission of their respective briefs:

April 19, 2007:        Plaintiff's Motion for Summary Judgment

June 18, 2007:        Defendant's Opposition and Cross Motion

August 2, 2007:       Plaintiff's Opposition and Reply

September 17, 2007:   Defendant's Reply

A proposed order is attached.

                              Respectfully submitted,

                              / s /
                              JEFFREY A. TAYLOR
                              United States Attorney
                              D.C. Bar No. 498610

                              / s /
                              MEGAN L. ROSE
                              Assistant United States Attorney
                              N.C. Bar No. 28639
                              Civil Division
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7220/FAX: (202) 514-8780

                              JONATHAN C. BRUMER
                              D.C. Bar No. 463328
                              U.S. Department of Health and Human
                                Services
                              Office of the General Counsel
                              Centers for Medicare and Medicaid Services
                              Division
                              330 Independence Ave., S.W.
                              Cohen Building, Room 5344
                              Washington, D.C. 20201
                              (202) 205-8703/FAX: (202) 401-1405

                              Counsel for the Secretary

        / s /
Leslie D. Alderman III (D.C. Bar 477750)
ALDERMAN & DEVORSETZ PLLC
1025 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
Direct: 202-828-1272
Fax: 202-969-8220
lalderman@a-dlaw.com

Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAPID CITY REGIONAL )
HOSPITAL )
  )
      Plaintiff, )
  )
   v. ) Case No. 1:06CV01828 (GK)
  )
MICHAEL O. LEAVITT, )
Secretary of Health and Human Services, )
  )
      Defendant. )
  )

**ORDER**

Having considered the parties' Joint Notice and Motion to Set Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the parties are relieved of the obligations to make initial disclosures, to confer, to attend the Initial Scheduling conference which the Court has scheduled for January 30, 2007, and to submit a Joint Meet and Confer Statement, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, because this is an action for review on an administrative record; and it is further

ORDERED that the parties shall submit dispositive motions in accordance with the following briefing schedule:

    April 19, 2007:        Plaintiff's Motion for Summary Judgment

    June 18, 2007:        Defendant's Opposition and Cross Motion

    August 2, 2007:       Plaintiff's Opposition and Reply

    September 17, 2007:    Defendant's Reply

_____
UNITED STATES DISTRICT JUDGE