UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPID CITY REGIONAL HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary of Health and Human Services, <br><br> Defendant. | Case No. 1:06CV01828 (GK) |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Jonathan C. Brumer for the Defendant Michael O. Leavitt, Secretary of Health and Human Services, in the above-captioned action.

_____
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405

## CERTIFICATE OF SERVICE

    I hereby certify that on January \_\_\_\_, 2007, an electronic copy of the foregoing Praecipe will be served on Plaintiff's counsel *via* the United States District Court's Electronic Case Filing program.

                                                Jonathan C. Brumer