UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAPID CITY REGIONAL HOSPITAL,

Plaintiff/Appellant,

v.

MICHAEL O. LEAVITT, Secretary,
U.S. Department of Health
and Human Services,

Defendant/Appellee.

Case No. 01:06CV01828 (GK)

PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of the undersigned, Linda L. Keyser, as a counsel of record for Defendant in the above-captioned case. Ms. Keyser is a member of the bar in good standing in the state of Maryland. Ms. Keyser's contact information is as follows.

Linda L. Keyser
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel, CMS Division
330 Independence Ave., Room 5323
Washington, D.C. 20201
(202) 205-8779 / Fax: (202) 401-1405
Email: linda.keyser@hhs.gov

Respectfully submitted,

/s/

LINDA L. KEYSER
Attorney
U.S. Department of Health and
Human Services
Office of the General Counsel
Room 5323, Cohen Bldg.
330 Independence Ave, SW
Washington, DC 20201
(202) 205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 22, 2007, an electronic copy of the foregoing Praecipe will be served on Plaintiff's counsel via the United States District Court's Electronic Case Filing system.

Respectfully submitted,

/s/
LINDA KEYSER

Counsel for Defendant