UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAPID CITY REGIONAL HOSPITAL,  )
                               )
                               )
            Plaintiff/Appellant, )
                               )
v.                             )        Case No. 01:06CV01828 (GK)
                               )
MICHAEL O. LEAVITT, Secretary,  )
U.S. Department of Health       )
and Human Services,            )
                               )
            Defendant/Appellee.  )
_____ )

MOTION TO WITHDRAW

        Defendant requests that the Clerk of the Court withdraw the appearance of Jonathan C.

Brumer as a counsel of record for Defendant in the above-captioned case.  Mr. Brumer has been

placed on detail appointment in another office.  Linda L. Keyser remains as counsel for

Defendant in this case.  Ms. Keyser's contact information is as follows.

        Linda L. Keyser
        Attorney
        U.S. Department of Health and Human Services
        Office of the General Counsel, CMS Division
        330 Independence Ave., Room 5323
        Washington, D.C.  20201
        (202) 205-8779 / Fax: (202) 401-1405
        Email:  linda.keyser@hhs.gov

Respectfully submitted,


_____/s/_____
LINDA L. KEYSER
Attorney
U.S. Department of Health and
  Human Services
Office of the General Counsel
Room 5323, Cohen Bldg.
330 Independence Ave, SW
Washington, DC  20201
(202) 205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 22, 2007, an electronic copy of the foregoing Praecipe will be served on Plaintiff's counsel via the United States District Court's Electronic Case Filing system.

Respectfully submitted,


_____/s/_____
LINDA KEYSER


Counsel for Defendant