UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPID CITY REGIONAL HOSPITAL,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL O. LEAVITT, Secretary of  )<br>Health and Human Services,  )<br>)<br>Defendant.  )<br>_____) | Case No. 01:06CV01828 (GK)<br><br>ECF |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services, respectfully brings to the Court's attention the decision in Baptist Memorial Hospital - Golden Triangle, et al., v. Leavitt, 536 F. Supp. 2d 25 (D.D.C. 2008), which was decided by a court in this District after the final briefs related to the cross-motions for summary judgment were submitted in this case in September 2007.

In Baptist Memorial, the court considered challenges to decisions issued by the Provider Review Reimbursement Board (PRRB or Board) dismissing Medicare reimbursement claims because the plaintiff hospitals failed to follow Board procedures requiring timely filing of their preliminary position paper, the same issue presented in the above-captioned matter. The court noted:

> Plaintiffs are unable to identify any authority that requires the Board to substantively review the issues associated with [an appeal] prior to dismissing the appeal for failing to follow the Board's procedures. On the contrary, the PRRB's Instructions suggest just the opposite, as they repeatedly indicate that providers' appeals will be dismissed for failure to timely file position papers, without qualification. . . . The Court agrees with Defendant that "[i]t is not the Board's responsibility to opine on the issues underlying procedurally defaulted cases, nor is that an efficient use of its time."

Id. at 37 (emphasis and citations omitted).

Baptist Memorial thus provides additional support for Defendant's argument in this case that the Board has the authority to control its own docket by dismissing an appeal where the claimant hospital failed to file a position paper – in this instance, as in Baptist Memorial, a preliminary position paper.  See Def.'s Mem. of Points & Auth. in Support of Def.'s Mot. for Summ. J. & in Opp'n to Pl.'s Mot. for Summ. J. at 2.

                                            Respectfully submitted,

                                            /s/
                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            D.C. Bar No. 498610


                                            /s/
                                            CHRISTOPHER B. HARWOOD
                                            Assistant United States Attorney
                                            N.Y. Reg. No. 4202982
                                            United States Attorney's Office
                                            Civil Division
                                            Judiciary Center Building
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0372

     /s/_____
LINDA KEYSER
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room 5344, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
(202) 205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
   Counsel for Litigation

United States Department of
   Health and Human Services

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 28, 2008, an electronic copy of the foregoing Defendant's Notice of Supplemental Authority in Support of Defendant's Motion for Summary Judgment will be served on Plaintiff's counsel via the United States District Court's Electronic Case Filing system.

        Respectfully submitted,

        _____/s/_____
        CHRISTOPHER B. HARWOOD
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372